1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11   PERRY KENJI WASHINGTON,                    Case No. 1:23-cv-00431-JLT-SAB

12              Plaintiff,                       ORDER ADOPTING FINDINGS AND
                                                 RECOMMENDATIONS
13        v.
                                                 (Docs. 1, 9)
14   CURTIS DILLARD, et al.,

15              Defendants.

16

17

18

19

20        Plaintiff Perry Kenji Washington ("Plaintiff"), proceeding *pro se* and *in forma pauperis*,

21   initiated this civil rights action against Defendants Curtis Dillard and Ebony on March 22, 2023.

22   (Doc. 1.)  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C.

23   § 636(b)(1)(B) and Eastern District of California Local Rule 302.

24        On July 14, 2023, Plaintiff filed a motion to appoint counsel and a motion for a temporary

25   restraining order.  (Docs. 5, 6.)  On July 18, 2023, the magistrate judge denied the motion to

26   appoint counsel and issued findings and recommendations to deny the motion for temporary

27   restraining order.  (Doc. 9.)  Plaintiff was granted twenty-one days in which to file objections to

28   the findings and recommendations.  The deadline to file objections has passed and no objections

have been filed.[1]

   In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and *Britt v. Simi Valley United School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983), this Court conducted a de novo review of the case.  Having carefully reviewed the matter, the Court finds the Findings and Recommendations are supported by the record and proper analysis.

   Accordingly, IT IS HEREBY ORDERED that:

   1. The Findings and Recommendations dated July 18, 2023 (Doc. 9), are **ADOPTED IN FULL**.

   2. Plaintiff's motion for a temporary restraining order (Doc. 6) is **DENIED**

IT IS SO ORDERED.

Dated: **August 14, 2023**

UNITED STATES DISTRICT JUDGE

.

---

[1] Although it appears from the file that Plaintiff's copy of the findings and recommendations was returned, Plaintiff was properly served.  It is the Plaintiff's responsibility to keep the Court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.